**IT IS ORDERED as set forth below:**

**Date: May 31, 2017**

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 12-80575-crm |
| Kimberly Nashunana Grimsley, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

**ORDER ON MOTION TO INCUR NEW DEBT BY PURCHASING REAL PROPERTY**

On May 25, 2017, Debtor filed a "Motion to Incur Debt", seeking to purchase real property by obtaining a loan (Doc No. 46). The property to be purchased is located at 434 Emerald, Jonesboro, GA 30236. The terms of the loan are as follows:

| | |
|---|---|
| Purchase price | $190,000 |
| Loan Amount | $186,558 |
| Interest Rate | $4.5% |
| Monthly Payment | $1,393 |

The Motion was set for a hearing and held on May 30, 2017 and the court approved the motion to incur and added terms agreed to by the parties. It is hereby

**ORDERED** that debtor's motion is approved and debtor may incur new debt under the terms of this order. It is further

**ORDERED** that debtor's plan payment shall increase to $495 per month. It is further

**ORDERED** that the case shall be on strict compliance for the remainder of the plan. It is further

**ORDERED** that the plan may extend up to 65 months and the plan base shall increase accordingly.

**[END OF DOCUMENT]**

Prepared and Presented by:

/s/______________________
Dan Saeger
Georgia Bar No. 680628
RICKMAN & ASSOCIATES, PC
1325 Satellite Blvd, Suite 1406
Suwanee, Georgia 30060
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

With Consent:

*/s/_________________________with express permission*
Julie Anania on behalf of Nancy J. Whaley
Georgia Bar No. 477064
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

**DISTRIBUTION LIST**

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Kimberly Nashunana Grimsley
3135 Abbey Drive, SW
Atlanta, GA 30331

And all creditors listed in the matrix below.

Label Matrix for local noticing
113E-1
Case 12-80575-crm
Northern District of Georgia
Atlanta
Wed Feb 13 03:48:31 EST 2013

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

American Student Assistance
100 Cambridge Street, Suite 1600
Boston, MA 02114-2567

Asset Acceptance LLC
P.O. Box 2036
Warren MI 48090-2036

Asset Acceptance LLC
PO Box 1630
Warren MI 48090-1630

Bank of America
PO Box 982235
El Paso TX 79998-2235

Burdines
13141 34th Street N
Clearwater FL 33762-4259

Chase
PO box 24696
Columbus OH 43224-0696

Chase Bank
PO Box 15298
Wilmington DE 19850-5298

Comenity Bank New York
PO Box 182789
Columbus OH 43218-2789

Conyers Callaway Homeowners
co Dunlap Gardiner LLP
3009 Chapel Hill Rd Suite B
Douglasville GA 30135-1777

Emmett Goodman
544 Mulberry Street Suite 800
Macon GA 31201-2776

Frederick J Hanna Associates PC
1427 Roswell Road
Marietta Georgia 30062-3668

GECRBGAP
PO Box 965036
Orlando FL 32896-5036

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
1800 CENTURY BLVD NE
SUITE 17200
ATLANTA GA 30345-3206

Kimberly Nashunana Grimsley
3135 Abbey Drive, SW
Atlanta, GA 30331-5477

IC Systems Collections
PO Box 64378
Saint Paul MN 55164-0378

Midland Funding
8875 Aero Dr
Suite 200
San Diego CA 92123-2255

C. Ray Mullins
U.S. Bankruptcy Court, N. District of GA
75 Spring St.SW
Room 1270
Atlanta, GA 30303-3345

NCO Financial
PO Box 15636
Wilmington DE 19850-5636

Quantum3 Group LLC as agent for
Galaxy Asset Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

Robert Rickman
Rickman & Associates, PC
1325 Satellite Blvd
Suite 1406
Suwanee, GA 30024-4671

Sallie Mae
Po Box 9500
Wilkes-Barre PA 18773-9500

Sallie Mae Trust
c/o Sallie Mae Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706-1496

Sallie Mae, Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706-1496

Santander Consumer USA
8585 N Stemmons Freeway Suite 1000
Dallas TX 75247-3822

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161-0244

Santander Consumer USA Inc.
DBA CitiFinancial Auto Corporation.
P.O. Box 961245
Fort Worth, TX 76161-0244

Nancy J. Whaley
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Blvd NE
Atlanta 30345-3205

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Sallie Mae Trust
c/o Sallie Mae Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706-1496

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 28 |
| Bypassed recipients | 1 |
| Total | 29 |